**Form 210A (12/09)**

# United States Bankruptcy Court

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re ANTHONY REDILA
NANCY BUSTILLO-REDILA

Case No. **11-12225**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

CR Evergreen II, LLC
Name of Transferee

Name and Address where notices to transferee should be sent:
CR Evergreen II, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221
Phone: (866) 670-2361
Last Four Digits of Acct #: 0887

Chase Bank USA, N.A.
Name of Transferor

Court Claim # (if known): 7
Amount of Claim: $10,026.05
Date Claim Filed: 04/07/2011

Phone: (866) 670-2361
Last Four Digits of Acct #: 0887

Name and Address where transferee payments should be sent (if different from above):

Phone: ____________________________________
Last Four Digits of Acct#:_____________________

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ LINH K. TRAN
Transferee/Transferee's Agent

Date: 4/26/2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

