UNITED STATES BANKRUPTCY COURT
WAW-WESTERN DISTRICT OF WASHINGTON

In re:  
    Anthony Redila  
    Nancy Bustillo-Redila  
        Debtor(s)

Case No. 11-12225-CMA

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

K. Michael Fitzgerald, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/28/2011.

2) The plan was confirmed on 07/05/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/01/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 09/09/2015.

6) Number of months from filing to last payment: 54.

7) Number of months case was pending: 56.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $68,569.21.

10) Amount of unsecured claims discharged without payment: $5,185.01.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $205,295.00 |
| Less amount refunded to debtor | $11,826.06 |

**NET RECEIPTS:** $193,468.94

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,700.00 |
| Court Costs | $274.00 |
| Trustee Expenses & Compensation | $8,728.17 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $10,702.17

Attorney fees paid and disclosed by debtor: $1,800.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| United States Trustee | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Alaska USA Federal Credit Union | Secured | 9,591.00 | 9,679.08 | 9,679.08 | 9,679.08 | 574.52 |
| American Express | Unsecured | 395.22 | NA | NA | 0.00 | 0.00 |
| American Express | Unsecured | 1,876.79 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 5,081.00 | 0.00 | 5,190.86 | 5,190.86 | 0.00 |
| Becket & Lee LLP | Unsecured | 4,351.75 | 0.00 | 4,239.27 | 4,239.27 | 0.00 |
| Becket & Lee LLP | Unsecured | 1,446.00 | 0.00 | 4,351.75 | 4,351.75 | 0.00 |
| BENEFICIAL NATIONAL BANK | Unsecured | 2,913.00 | NA | NA | 0.00 | 0.00 |
| B-Line LLC | OTHER | NA | NA | NA | 0.00 | 0.00 |
| Boeing Employee CR Union | Unsecured | 6,252.14 | 0.00 | 6,236.55 | 6,236.55 | 0.00 |
| Boeing Employee CR Union | Unsecured | NA | 0.00 | 2,412.03 | 2,412.03 | 0.00 |
| Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase Card Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Childrens PL/CBSD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Christina Latta Henry | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Christina Latta Henry | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Department Stores National Bank/Macys | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Deutsche Bank National Trust Company | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Deutsche Bank National Trust Company | Secured | 0.00 | 280,398.29 | 44,194.22 | 44,194.22 | 0.00 |
| Deutsche Bank National Trust Company | Secured | 4,278.00 | 1,796.90 | 3,222.52 | 3,222.52 | 0.00 |
| eCast Settlement Corp | Unsecured | 12,808.00 | 0.00 | 12,808.14 | 12,808.14 | 0.00 |
| eCAST SETTLEMENT CORPORATION | Unsecured | 2,943.00 | 0.00 | 2,942.94 | 2,942.94 | 0.00 |
| FMC Omaha Service Center | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC Bank Nevada NA | OTHER | NA | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 0.00 | 174.00 | 174.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 8,890.00 | 0.00 | 8,765.81 | 8,765.81 | 0.00 |
| K Michael Fitzgerald | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| KING CO OFF OF FINANCE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KING CO OFF OF FINANCE | Secured | 2,217.35 | 0.00 | 6,556.56 | 6,556.56 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| KING CO OFF OF FINANCE | Secured | NA | 0.00 | 5,968.57 | 5,968.57 | 0.00 |
| Macys | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,863.00 | 0.00 | 2,278.33 | 2,278.33 | 0.00 |
| Midland Credit Management, Inc. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nancy Bustillo-Redila | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial System Inc | Unsecured | 1,369.00 | 0.00 | 1,369.06 | 1,369.06 | 0.00 |
| Portfolio Recovery Assoc | Unsecured | 0.00 | 0.00 | 1,109.01 | 1,109.01 | 0.00 |
| Portfolio Recovery Assoc | Unsecured | 3,500.00 | 0.00 | 3,500.59 | 3,500.59 | 0.00 |
| Portfolio Recovery Assoc | Unsecured | 7,125.00 | 0.00 | 7,125.41 | 7,125.41 | 0.00 |
| Portfolio Recovery Assoc | Unsecured | 10,026.00 | 0.00 | 10,026.05 | 10,026.05 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 0.00 | 2,913.38 | 2,913.38 | 0.00 |
| ROUTH CRABTREE OLSEN PS | OTHER | NA | NA | NA | 0.00 | 0.00 |
| ROUTH CRABTREE OLSEN PS | OTHER | NA | NA | NA | 0.00 | 0.00 |
| SALLIE MAE (USAF) | Unsecured | 2,110.00 | 0.00 | 1,896.24 | 1,896.24 | 0.00 |
| SLC Student Loan Trust | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Starwood Vacation Owners | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US Bank National Association | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WASH ST EMP CR UN | Unsecured | NA | 0.00 | 2,846.27 | 2,846.27 | 0.00 |
| WASH ST EMP CR UN | Secured | 15,021.00 | 15,021.27 | 12,175.00 | 12,175.00 | 728.43 |
| Washington Credit Union | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Weinstein and Riley PS | Unsecured | NA | 0.00 | 7,149.24 | 7,149.24 | 0.00 |
| Wells Fargo Home Mortgage | Secured | 1,200.00 | 391.82 | 1,138.14 | 1,138.14 | 0.00 |
| Wells Fargo Home Mortgage | Secured | 0.00 | 73,075.59 | 11,194.80 | 11,194.80 | 0.00 |

## Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $4,360.66 | $4,360.66 | $0.00 |
| Debt Secured by Vehicle | $21,854.08 | $21,854.08 | $1,302.95 |
| All Other Secured | $67,914.15 | $67,914.15 | $0.00 |
| **TOTAL SECURED:** | **$94,128.89** | **$94,128.89** | **$1,302.95** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $8,765.81 | $8,765.81 | $0.00 |
| **TOTAL PRIORITY:** | **$8,765.81** | **$8,765.81** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$78,569.12** | **$78,569.12** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | | |
|---|---|---|
| Expenses of Administration | $10,702.17 | |
| Disbursements to Creditors | $182,766.77 | |
| **TOTAL DISBURSEMENTS** : | | **$193,468.94** |

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/05/2015          By: /s/ K. Michael Fitzgerald
                                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**